**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Carol Ann Norra                                Case No.: 08−38157

---

# NOTICE OF TRANSFER UNDER SPECIAL ORDER 2011−1

This case has been transferred from Judge Marvin Isgur to Judge David Jones as provided in Special Order 2011−1. All court settings remain in force.

Date: September 30, 2011

                                                David J. Bradley
                                                Clerk of Court