

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**ENTERED**
**10/06/2011**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **CAROL ANN NORRA; aka MANNING;** | § | **CASE NO: 08-38157** |
| **aka BECKWITH** | § | |
| **Debtor(s)** | § | |
| | § | **CHAPTER  7** |

## ORDER OF RECUSAL

    1.    I am recused in this case.

**SIGNED: October 6, 2011**.

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**